UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| M.H., a minor child, by her parents and natural guardians, S.H. and J.H., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **JUDGMENT** <br> No. 7:16-CV-69-FL |
| ONSLOW COUNTY BOARD OF EDUCATION; RICK STOUT; ANGELA GARLAND; and TIMOTHY SAWYER, ) ) ) ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered September 30, 2016 and May 24, 2017, and for the reasons set forth more specifically therein, that:

(1) Plaintiff's Claim VIII is DISMISSED without prejudice. Where plaintiff's Claim IX is voluntarily abandoned, it also is DISMISSED [DE 36].

(2) Plaintiff's claims against Onslow County Board of Education, Angela Garland, Principal of Northwoods Park Middle School, in her individual capacity, and Timothy J. Sawyer, Jacksonville City Police Officer, in his individual and official capacities are DISMISSED with prejudice [DE 56].

(3) All other claims arising in this action have been dismissed, subsequent to negotiation by the parties, through Stipulation of Dismissal without prejudice as to Rick Stout, in his individual and official capacities tendered and filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. [DE 29]

**This Judgment Filed and Entered on May 24, 2017, and Copies To:**
All Counsel of Record (via CM/ECF Notice of Electronic Filing)

May 24, 2017                                       PETER A. MOORE, JR., CLERK

                                                                /s/ Christa N. Baker
                                                                (By) Christa N. Baker, Deputy Clerk